IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ULTIMATE LIVING INTERNATIONAL, INC., | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:05-CV-01745-M |
| | § | |
| MIRACLE GREENS SUPPLEMENTS, INC., d/b/a FIT FOR YOU INTERNATIONAL, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF AN INJUNCTION AND ORDER

Jerry K. Clements
Texas Bar No. 20888200
Charles E. Phipps
Texas Bar No. 00794457
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8000
Telecopy:  (214) 740-8800
jclements@lockeliddell.com
cphipps@lockeliddell.com

ATTORNEYS FOR PLAINTIFF
ULTIMATE LIVING
INTERNATIONAL, INC.

Todd E. Landis
Texas Bar No. 24030226
Patrick T. Farley
Texas Bar No. 24036548
Eric J. Klein
State Bar No. 24041258
AKIN GUMP STRAUSS HAUER & FELD
1700 Pacific Avenue, Suite 41
Dallas, Texas 75201
Telephone:  (214) 969-2800
Telecopy:  (214) 969-4343
tlandis@akingump.com
pfarley@akingump.com
eklein@akingump.com

ATTORNEYS FOR DEFENDANT
MIRACLE GREENS SUPPLEMENTS, INC.
d/b/a FIT FOR YOU INTERNATIONAL

Plaintiff Ultimate Living International, Inc. ("Ultimate Living") and Defendant Miracle Greens Supplements, Inc. d/b/a Fit for You International, Inc. ("Fit for You") hereby jointly stipulate to the entry of the appended Agreed Order and Injunction.

The parties have entered into a settlement agreement.   After entry of the appended Agreed Order and Injunction [Exhibit A], Ultimate Living will move to dismiss the case with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

February 1, 2007

/s/ Charles E. Phipps
Jerry K. Clements
Texas Bar No. 20888200
Charles E. Phipps
Texas Bar No. 00794457
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8000
Telecopy:  (214) 740-8800
jclements@lockeliddell.com
cphipps@lockeliddell.com

ATTORNEYS FOR PLAINTIFF
ULTIMATE LIVING
INTERNATIONAL, INC.

/s/ Todd E. Landis w/p by Charles E. Phipps
Todd E. Landis
Texas Bar No. 24030226
Patrick T. Farley
Texas Bar No. 24036548
Eric J. Klein
State Bar No. 24041258
AKIN GUMP STRAUSS HAUER & FELD
1700 Pacific Avenue, Suite 41
Dallas, Texas 75201
Telephone:  (214) 969-2800
Telecopy:  (214) 969-4343
tlandis@akingump.com
pfarley@akingump.com
eklein@akingump.com

ATTORNEYS FOR DEFENDANT
MIRACLE GREENS SUPPLEMENTS, INC.
d/b/a FIT FOR YOU INTERNATIONAL

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Todd E. Landis and Eric J. Klein, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas  75201.


<u>/s/ Charles E. Phipps</u>