IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ULTIMATE LIVING INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:05-CV-1745-M |
| MIRACLE GREENS SUPPLEMENTS, INC., d/b/a FIT FOR YOU INTERNATIONAL, | § § § § | |
| Defendant. | § § | |

## JUDGMENT

Having considered the parties' Joint Motion to Dismiss and the Court's Agreed Order and Injunction, filed on February 2, 2007, this case is hereby **DISMISSED WITH PREJUDICE** subject to the Court's Agreed Order and Injunction. The Court will retain jurisdiction over the parties for the purposes of enforcement of the Agreed Order and Injunction and of the parties' Settlement Agreement entered into on January 29, 2007.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this suit is dismissed with prejudice, with all costs, fees, and expenses to be borne by the party incurring them.

**SO ORDERED.**

February 21, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS