IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ULTIMATE LIVING INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:05-CV-1745-M |
| MIRACLE GREENS SUPPLEMENTS, INC., d/b/a FIT FOR YOU INTERNATIONAL, | § § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion for an Order to Show Cause, filed on August 13, 2007. Plaintiff's Motion is **GRANTED** and a hearing is set for **October 26, 2007, at 9:00 AM**. The parties are entitled to discovery of evidence relevant to whether Defendant complied with the Agreed Order and Injunction of February 1, 2007, and of any claimed damages.

Plaintiff's request for an order permanently enjoining Defendant from all use of the term "Miracle" will be considered at the above scheduled hearing, as well as Plaintiff's request for attorney's fees and costs incurred by Plaintiff.

**SO ORDERED**.

September 6, 2007.

_____
**BARBARA M.G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**